UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Crim. No.: |
| ANDREW CECIL EARHART SCHNECK, Defendant | § § § § | H14-773 MJ |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

1. From in or about August 2013, the exact date being unknown, through in or about October 2013, in the Houston Division of the Southern District of Texas, defendant,

**ANDREW CECIL EARHART SCHNECK,**

Defendant herein, did knowingly store high explosives in a manner not in conformity with regulations promulgated by the Attorney General pursuant to Title 18 U.S.C. § 847, in that, the defendant stored highly explosive material, to wit: picric acid, in a residence located at 411 Fall River Road, Houston, Texas; said residence not then conforming with the requirements of appropriate storage facilities, in violation of Title 18, United States Code, Sections 842(j) and 844(b).

All in violation of Title 18, United States Code, Sections 842(j) and 844(b).

**KENNETH MAGIDSON**
**UNITED STATES ATTORNEY**

_____
CAROLYN PERKO
ASSISTANT UNITED STATES ATTORNEY