UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. 4:14-MJ-00773-1 |
| ANDREW CECIL EARHART SCHNECK | § § § | Hon. Judge Nancy K. Johnson |

## ORDER

Defendant, Andrew Cecil Earhart Schneck's, Motion for Early Termination of his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. Rule 32.1 is hereby GRANTED.

SIGNED on ___Nov 7___, 2016, at Houston, Texas.

Nancy K. Johnson
United States Magistrate Judge